Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

12CV6022P

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.     Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application and a signed Authorization or only the plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. LARRY J Shelton Collins JR
2. _____

-VS-

**B.     Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. County of Erie                                    4. Holding Center
2. Erie County Holding center       5. Entire Staff
3. Medical Staff and Erie County   6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: LARRY J Shelton Collins JR  11B3629
Present Place of Confinement & Address: Five Point Correctional Facility
State Rt 96 P.O. Box 119 Romulus N.Y. 14541

Name and Prisoner Number of Plaintiff: Larry J. Collins
Present Place of Confinement & Address: Five Points Correctional Facility
State Rt 96 P.O. Box 119 Romulus N.Y. 14541

**DEFENDANT'S INFORMATION** **NOTE:** *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Eric County Holding, County of Erie, Entire Staff

(If applicable) Official Position of Defendant: Nurse, RN, LPN Entire Staff.

(If applicable) Defendant is Sued in _____ Individual and/or __X__ Official Capacity

Address of Defendant: 40 Delaware Ave Buffalo N.Y. 14202

Name of Defendant: Nurse, RN, LPN Entire Staff Erie Holding Ct. County of Erie

(If applicable) Official Position of Defendant: Nurse, LPN, RN Entire Staff

(If applicable) Defendant is Sued in _____ Individual and/or __X__ Official Capacity

Address of Defendant: 40 Delaware Ave Buffalo NY. 14202

Name of Defendant: Erie County Holding Ct County of Erie, Medical Staff

(If applicable) Official Position of Defendant: Nurse RN, LPN RN Entire Staff

(If applicable) Defendant is Sued in _____ Individual and/or __X__ Official Capacity

Address of Defendant: 40 Delaware Ave Buffalo N.Y. 14202

---

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
Yes____ No _X_

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): LARRY J. Collins

   Defendant(s): Erie County Holding Ct. County of Erie, Medical Staff

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket or Index Number: _____

4. Name of Judge to whom case was assigned: _____

2

5. The approximate date the action was filed: ~~1-10-~~ N A

6. What was the disposition of the case?

    Is it still pending? Yes____ No _X_

        If not, give the approximate date it was resolved. ___

    Disposition (check the statements which apply):

    ____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

        _X_ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

    ____ <u>Judgment</u> upon motion or after trial entered for

        ____ plaintiff

        ____ defendant.

B. Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    Yes____ No _X_

<u>If Yes, complete the next section</u>. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s): LARRY J Shelton Collins JR.

    Defendant(s): Erie County Holding Ct. County of Erie

2. District Court: ___

3. Docket Number: ___

4. Name of District or Magistrate Judge to whom case was assigned: ___

5. The approximate date the action was filed: ___

6. What was the disposition of the case?

    Is it still pending? Yes____ No _X_

        If not, give the approximate date it was resolved. ___

3

Disposition (check the statements which apply):

____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

    _X_  By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____  By court for failure to exhaust administrative remedies;

    ____  By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____  By court due to your voluntary withdrawal of claim;

____ <u>Judgment</u> upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

---

### 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection

- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect

- Search & Seizure
- Malicious Prosecution
- _X_ Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

**A. FIRST CLAIM:** On (date of the incident) Erie County Holding Ct medical Staff,
defendant (give the **name and position held** of **each defendant** involved in this incident) Entire medical Official Capacicity

did the following to me (briefly state what each defendant named above did): Erie County Holding Center, County of Erie, Entire Staff Didn't Provide me with the service that I need. I Believe, I was treat unjust and unfair. Staff didn't show any concern Pertaining to this matter. I believe that someone should be held accountable for this. This matter was brought to their attention. by other employee, And they fail to do so. They they Just over look This, And ~~Petten Pretent~~ Pretend like Nothing happen.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Cruel and mental Punishment

The relief I am seeking for this claim is (briefly state the relief sought): I would like to be Award for Cruel And Mental Punishment

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim?  ___ Yes  _X_ No   If yes, what was the result? _____

Did you appeal that decision?  ___ Yes  _X_ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: I believe that this matter would Just ~~Scoop~~ a been sweep under the rag

**A. SECOND CLAIM:** On (date of the incident) 11-18-11,
defendant (give the **name and position held** of **each defendant** involved in this incident) I Believe that John Doe should be Held accountable, Me and Ms Janet was talking about it. That I didn't recieve my Insulin

5

did the following to me (briefly state what each defendant named above did): I Believe that John Doe and Jane Doe didn't Do their ~~dental~~ Do duties John Doe and Jane Doe. Is responsible For Not given Inmate their ~~medical~~ medication. The 3 to 11 Shift are responsible ~~Getting~~ for Carring Inmate down to Medical at Night. John And Jane are to make Shore that every Inmate get medical attention that he ask app or ~~her~~ Her need. I Believe that Staff is Awhere of everybody Circumstance and ~~Iness~~ Illness

The constitutional basis for this claim under 42 U.S.C. § 1983 is: ~~Fourth~~ Fifth Amend Eight Amend. being Denid medical attention, Also Cruel And mental Punishment

The relief I am seeking for this claim is (briefly state the relief sought): I would like Justice, And be Award for Pain Suffering. Staff is awhere because This is in my medical record, that Im diabetic

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ____ Yes __X__ No    If yes, what was the result? _____

Did you appeal that decision? ____ Yes __X__ No    If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: I Believe that No one Are willingly to accept ~~that~~ that they were at Fault

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I believe that they Just didn't Care. There is no excuse for this type of Treatment. I Believe that John and Jane didn't Show any interest

Do you want a jury trial? Yes____ No____

6

I Believe that John Doe And Jane Doe Didn't Perform Their Duties to capacity of Facility. Its their responsible to make shore that every Inmate take their medication Also to attend to Inmate medical need. The 3 to 11 shift at Night Are responsible for calling Inmate down to the infirmary. I Believe that they know every Inmate circumstance and Issuse dealing with their medical need. It is their responsible to log in medical book. That every Inmate has taken their medication

Fifth Amend. That I was being denied medical Attention, And staff didn't show and concern. They Are Awnere of my Illness

Eight Amen@ By refusing to attend to my medical Need. yes this is cruel And Mental Punishment. Also By Neglecting me.

The relief I am seeking for this claim.
Is that Justice will be serve, And be Award for Pain, And Neglect And mental Punishment.

If you did not exhaust your Aministrative remedie I Believe that Jane Doe and John Doe Aren't willingly to admit that It was their Fault. Also I Believe that this matter would have Just been sweep under the rag. I Honestly Believe that I wouldn't gotten any responsible back

Summarize the relief request by you in each statement

1. By not getting medical attention that I need.
2. Neglect and cruel mental Punishment
3. I want Justice to be Serve.
4. I want John Doe and Jane Doe to admit that they are responsible for this
5. And admit that they didn't Perform their Duties to Capacity of Facility

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                          (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Larry J. Collins # 11B3629
Five Point Correction Facility

*Larry Collins*
Signature(s) of Plaintiff(s)

Fifth Amend. That Know one shouldn't every be denied Medical Attention. Yes under New York State And Fedral law Every one are entitle to medical Attention even If they don't have medical cover. This is Hippa law

Eight Amend I don't understand why I was being treat like This, Their is No reason or Excuse for this type of treatment

When this matter was Address to Staff. The Facility told the complaint that they would have to call, last Facility That I was At. They call Eric county correctional facility And They verify my circumstance. Yes Eric county Holding Center Are awhere of my circumstance. Also they were given instruction that I was and Diabetic, And I take 52 unit of Insluin at Night. Yes Every thing are document. The fact that This Happen, And They Just ignore it, This Shouldn't ~~have happen At all~~. have happen At All. I Believe Entire Staff Should be held accountable. Like I Said I had made numurous complain and staff just ignore them. Staff didn't try to correct or recify this matter No apology were made. I Believe that Inmate Should Recieve better treatment. And better And update Equipment Also that Staff Should Pay more attention to Inmate with Special Need.. Negligence lack of treatment I brought this to Nurse attention who was Pasting out Medication. And her respond was that, they will call you down to infirmary.

7

Yes this is deadly diease that I deal with daily For three days I didn't get my Insluin.