-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

LARRY COLLINS, 11B3629,

    Plaintiff,

-v-

PETER GRUEN, RN; SALLY SMITH, RN;
LYDIA TORRES, RN; PATRICE MINKIEWICZ;
DANIELLE WIEPERT, LPN; JENNIFER
HOLOWAKA, LPN; RILEY ROBERTSON, RN;
MICHELLE PORECCA, RN; SOPHIA
OVERTON, LPN; LOU FUCINA, LPN;
MARY BARTH, RN and PAULA CAMPANELLA,

    Defendants.

**DECISION AND ORDER**
12-CV-6022P



    Plaintiff has requested appointment of counsel (Docket # 13). There is insufficient information before the Court at this time to make the necessary assessment of plaintiff's claims under the standards of 18 U.S.C.A. § 3006A and the Rules Governing Section 2254 Cases in the United States District Courts, Rule 8(c), as issue has yet to be joined. Therefore plaintiff's motion for appointment of counsel is denied without prejudice at this time.

    IT IS SO ORDERED.

                                                      _____
                                                      HONORABLE RICHARD J. ARCARA
                                                      DISTRICT COURT

Dated:   _____, 2012